ALVIN J. BALDWIN, APPELLANT, v. BOARD OF ADJUST-
MENT OF THE CITY OF EAST ORANGE ET AL., RE-
SPONDENTS.

Argued May 22, 1929—Decided October 14, 1929.

For the appellant, *Whiting & Moore.*

For the respondents, *Walter C. Ellis.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, KALISCH, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK,
MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.